**ATTACHMENT A TO CIVIL ACTION COVER SHEET**
Carlos Domenech Zornoza v. Terraform Global, Inc.,
Terraform Power, Inc., Ahmad Chatila, Brian Wuebbels,
Martin Truong, Emmanuel Hernandez, and Peter Blackmore

Plaintiff's Counsel includes the following:

- R. Scott Oswald
  Nicholas Woodfield
  The Employment Law Group, P.C.
  888 17th Street, NW, Suite 900
  Washington, DC, 20006
  (202) 331-2883

- Kevin J. O'Connor (*pro hac vice pending*)
  James L. Tuxbury (*pro hac vice pending*)
  Rhiannon A. Campbell (*pro hac vice pending*)
  Hinckley, Allen & Snyder LLP
  28 State Street
  Boston, MA 02109
  (617) 378-4394